IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**FREDERICK LEWIS WASHINGTON**                                                               **PLAINTIFF**

**V.**            **NO. 4:22-CV-54-DMB-DAS**

**SUNFLOWER COUNTY, MISSISSIPPI**                                               **DEFENDANT**

## FINAL JUDGMENT

In accordance with the "Opinion and Order" entered this day, judgment on the pleadings is entererd in favor of Sunflower County on Frederick Lewis Washington's First Amendment § 1983 claim. Washinton's state law claim for wrongful termination is dismissed without prejudice.

**SO ORDERED**, this 24th day of January, 2023.

                                                          **/s/Debra M. Brown**
                                                          **UNITED STATES DISTRICT JUDGE**